# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02537-ZLW

LYNDA MAE FRATIS,

    Applicant,

v.

JOE ORTIZ, Executive Director of the Colorado Dept. of Corrections,
JEANNE E. MILLER, Director of Community Corrections, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO KEN SALAZAR,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 9 2006

GREGORY C. LANGHAM
                  CLERK

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the motion for reconsideration filed on April 18, 2005, by Applicant Lynda Mae Fratis asking the Court to reconsider the April 8, 2005, order denying a certificate of appealability. On October 25, 2005, the United States Court of Appeals for the Tenth Circuit granted Ms. Fratis a certificate of appealability. Therefore, the April 18, 2005, motion is DENIED as moot.

Dated: May 9, 2006

---

Copies of this Minute Order mailed on May 9, 2006, to the following:

Lynda Mae Fratis
Prisoner No. 100170
Pueblo Minimum Center
PO Box 3
Pueblo, CO 81002

                                      _____
                                      Secretary/Deputy Clerk